**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**JERMAINE AUNDRA DUMAS,**<br>Defendant. | Case No. 5:03-CR-78 (HL) |

**ORDER**

There is a Motion for Installment Payment Order (Doc. 43) filed by the Government pending in this case. A hearing on the motion was held on February 17, 2010, after which Defendant agreed to make monthly payments in the amount of $100 due by the 15th of each month, commencing on March 15, 2010. By letter dated April 29, 2010, the Government informed the Court that Defendant had been arrested on a state charge, and his anticipated release date was August of 2010. The Government stated that it would monitor the Defendant's status and his release from incarceration, and would keep the Court informed of the Defendant's status. No additional information has been provided to the Court since April of 2010.

The Government is hereby directed to advise the Court as to the status of this case no later than December 17, 2010.

**SO ORDERED**, this the 7th day of December, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh